UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAWARIMEDIA LLC, *et al.*,

    Plaintiffs,   Case No. 20-cv-11246
       Hon. Matthew F. Leitman

v.

GRETCHEN WHITMER, *et al.*,

    Defendants.

_____/

## ORDER SETTING SCHEDULE FOR NEW PROPOSED REMEDY

In light of the order that the United States Court of Appeals for the Sixth Circuit issued on July 2, 2020, in this matter, the Court directs Defendants, if they wish to propose any further remedy that resolves the constitutional infirmity identified by this Court, to file such a proposed remedy by no later than **5:00 p.m. on July 7, 2020**. Plaintiffs shall respond to the proposed remedy, if one is filed, by no later than **12:00 p.m. on July 9, 2020**. The Court will hold a hearing on the proposed remedy, if one is filed, at **9:00 a.m. on July 13, 2020**, via Zoom.

The Court recognizes that this time frame is compressed, but the briefing and hearing schedule described above is necessary in order to adhere to the Sixth Circuit's direction that this Court address any further remedy proposed by Defendants by no later than July 15, 2020.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
Dated: July 2, 2020   UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda  
                                          Case Manager  
                                          (810) 341-9764