# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 13, 2020

Mr. Paul Ely
12646 N. Red Bud Trail
Buchanan, MI 49107

Mr. Erik A. Grill
Ms. Heather S. Meingast
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909

Ms. Judy Kellogg
2450 Krouse Road
Lot 337
Owosso, MI 48867

Ms. Deborah Parker
21908 Gaukler Street
St. Clair Shores, MI 48080

Mr. Bernard Eric Restuccia
Office of the Attorney General
of Michigan
P.O. Box 30212
Lansing, MI 48909

Mr. Saura James Sahu
Clancy Advisors
230 Nickels Arcade
Ann Arbor, MI 48104

Re:  Case No. 20-1594, *SawariMedia, LLC, et al v. Gretchen Whitmer, et al*
Originating Case No. : 4:20-cv-11246

Dear Case Participants,

  The Court issued the enclosed Order today in this case.

          Sincerely yours,

          s/Ryan E. Orme
          Case Manager
          Direct Dial No. 513-564-7079

cc:  Mr. David J. Weaver

Enclosure

Case No. 20-1594

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

SAWARIMEDIA, LLC; DEBORAH PARKER; JUDY KELLOGG; PAUL ELY

    Plaintiffs - Appellees

v.

GRETCHEN WHITMER, Governor of Michigan; JOCELYN BENSON, Secretary of State of Michigan; JONATHAN BRATER, Director of the Michigan Bureau of Elections

    Defendants - Appellants

BEFORE: NORRIS, CLAY and LARSEN, Circuit Judges

   Upon consideration of the Appellant's motion to extend the deadline for resolution to July 17, 2020,

   It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The deadline for resolution is now **July 17, 2020**.

                                  **ENTERED BY ORDER OF THE COURT**
                                  Deborah S. Hunt, Clerk

Issued: July 13, 2020