# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 09, 2020

Mr. Paul Ely
12646 N. Red Bud Trail
Buchanan, MI 49107

Mr. Erik A. Grill
Ms. Heather S. Meingast
Mr. Bernard Eric Restuccia
Office of the Attorney General
of Michigan
P.O. Box 30736
Lansing, MI 48909

Ms. Judy Kellogg
2450 Krouse Road
Lot # 337
Owosso, MI 48867

Ms. Deborah Parker
21908 Gaukler Street
St. Clair Shores, MI 48080

Mr. Saura James Sahu
Clancy Advisors
230 Nickels Arcade
Ann Arbor, MI 48104

Re: Case No. 20-1594, *SawariMedia, LLC, et al v. Gretchen Whitmer, et al*
Originating Case No. : 4:20-cv-11246

Dear Counsel and Appellees,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1594

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

SAWARIMEDIA, LLC; DEBORAH PARKER; JUDY KELLOGG; PAUL ELY

    Plaintiffs - Appellees

v.

GRETCHEN WHITMER, Governor of Michigan; JOCELYN BENSON, Secretary of State of Michigan; JONATHAN BRATER, Director of the Michigan Bureau of Elections

    Defendants - Appellants

BEFORE: NORRIS, CLAY and LARSEN, Circuit Judges

   Upon consideration of the defendants' motion to dismiss and vacate, the court **GRANTS** the motion and **DISMISSES** this appeal. The court further **VACATES** the July 2, 2020, order denying the motion for a stay pending appeal.

                      **ENTERED BY ORDER OF THE COURT**

                      Deborah S. Hunt, Clerk

Issued: December 09, 2020